FRED A. GRAVINO v. BLUE CROSS OF GREATER PHILADEL-
PHIA AND PENNSYLVANIA BLUE SHIELD.

June 3, 1981.

Petition for certification denied.

HERBERT FISHER v. NEW JERSEY CASINO
CONTROL COMMISSION.

June 3, 1981.

Petition for certification denied.

LOUIS ENGLE v. THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA.

June 3, 1981.

Petition for certification denied.

GARDEN STATE U–DRIVE, INC. v. GAB·BUSINESS SERVICES.

June 3, 1981.

Petition for certification denied.